JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURJIT P. SONI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBERS AP01669620016/0014 AND YL050600c/011,<br><br>　　　　Defendants. | Case No. CV 20-8667 FMO (ASx)<br><br>**JUDGMENT** |

Pursuant to the Order Re: Pending Motion, **IT IS ADJUDGED** that the above-captioned action is dismissed with prejudice.

Dated this 19th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge